Submitted August 30, reversed and remanded October 5, 2016

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DAVID MICHAEL BERRY,
*Defendant-Appellant.*

Lincoln County Circuit Court
110699; A160666

381 P3d 1107

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kristin A. Carveth, Deputy Public Defender, Office of Public Defense Services, filed the briefs for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and DeVore, Judge, and Haselton, Senior Judge.